# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0400
LT Case Nos. 2020-DR-004246
2023-DR-004082-FM

_____

NEYTHA LEWIS,

Appellant,

v.

DEPARTMENT OF REVENUE and
ZAIN AMEEN NELSON,

Appellees.

_____


On appeal from the Circuit Court for Duval County.
John I. Guy, Judge.

Neytha Lewis, Kingsland, Georgia, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior
Assistant Attorney General, Tallahassee, for Appellee,
Department of Revenue.

No Appearance for Remaining Appellee.


August 20, 2024

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____